UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-283 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| FRED NIX, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Nix*, case number 2:08-cr-00283-JCM-PAL.

On July 13, 2017, Judge Jones held a hearing to revoke defendant's term of supervised release. (ECF No. 1163). Judge Jones sentenced defendant to 24 months imprisonment, with no supervised release to follow. (ECF No. 1164). Defendant appealed the judgment to the Ninth Circuit. (ECF No. 1166). In a memorandum disposition dated October 23, 2017, the Ninth Circuit vacated and remanded the judgment, with instructions that the case be reassigned to a different district judge on remand. (ECF No. 1174).

Two motions in the case remain outstanding: defendant's request for designation as to the judgment on revocation (ECF No. 1162), and defendant's unopposed motion to unseal a document in order to use the document in his appellate brief. (ECF No. 1173). As defendant's appeal has concluded, and the judgment on revocation was remanded for reconsideration, the outstanding motions are moot.

Accordingly,

IT IS HEREBY ORDERED that defendant's request for designation (ECF No. 1162) be, and the same hereby is, DENIED as moot.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's unopposed motion to unseal (ECF No. 1173) be, and the same hereby is, DENIED as moot.

DATED February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE